**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**IN RE:**

**Angel Ramon Colon, Jr.,**               **CASE NO.:  6:21-bk-03123-GER**
                                                          **Chapter 13**
              **Debtor              /**

**OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES AS FILED BY U.S. BANK TRUST, N.A.**

**COMES NOW**, Debtor, Angel Colon, by and through the undersigned counsel, and file this Objection to the Claim of Creditor, U.S. Bank Trust, N.A. (Hereinafter "Creditor"), and the Debtor state as follows:

1. On December 23, 2021, Creditor filed its Notice of Post-petition Mortgage Fees, Expenses, and Charges in the amount of $1,951.66.

2. On July 9, 2021, Debtor filed their Chapter 13 Petition as well as Motion for Referral to Mortgage Modification (See Doc. 5).

3. The DMM Portal was opened on July 14, 2001 and denial was issued on September 23, 2021. The parties never attended mediation. Debtor objects to such an unreasonable fee request for a short modification review.

4. On December 27, 2021, Debtor reached out to creditor's counsel to resolve the matter but, unfortunately, failed to receive a response.

5. Debtor objects to the reasonableness of Creditor's claim for post-petition fees and requests this Court intervenes.

**WHEREFORE**, Debtor, by and through their undersigned counsel, request an Order sustaining this objection and disallowing the fees as requested and, instead, grant Creditor a reasonable post-petition fees and order such other relief as is just and proper.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 4th day of January, 2022, a true and correct copy of the foregoing has been furnished electronically to Laurie Weatherford, Chapter 13 Trustee; by United States mail, postage prepaid, to Ghidotti Berger, LLP, Attorneys for Creditor, at 1031 North Miami Beach, FL 33162; Creditor, ATTN Officer, at P.O. Box 55004, Irvine, CA 92619-2708.

Respectfully submitted,

**/s/Elayne M. Conrique, Esq.**
Elayne M. Conrique, Esquire
Florida Bar No. 581151
*Attorney for debtor*
Perez Conrique Law
746 N. Magnolia Ave.
Orlando, Florida 32803
Telephone: (407) 545-4400
Facsimile: (407) 545-4401
service@perezconrique.com